ELEANOR BENSINGER et al., as Ancillary Executors of MOSES BENSINGER, Deceased, Appellants, *v.* JOEL B. ERHARDT, Respondent, and MAX MAYER, Appellant.

*Bensinger* v. *Erhardt*, 122 App. Div. 916, affirmed.
(Argued May 4, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1907, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of an alleged contract to purchase real property.

*Louis Marshall, Samuel Untermyer, Joseph Ullman* and *Abraham Benedict* for appellants.

*John L. Cadwalader* and *Francis Smyth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.　Absent: CULLEN, Ch. J.

---

PETER BURNS, Appellant, *v.* THE DELAWARE AND HUDSON COMPANY, Respondent.

*Burns* v. *Delaware & Hudson Co.*, 122 App. Div. 901, affirmed.
(Argued May 5, 1909; decided May 20, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 3, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*George B. Wellington* for appellant.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.　Absent: CULLEN, Ch. J.